**Ralph Girkins**

**From:** webmaster@utube.com
**Sent:** Friday, October 13, 2006 2:06 PM
**To:** sales@utube.com
**Subject:** Info Request

**REQUEST:** Specific Inquiry
**FULLNAME:** Tony Soprano
**TITLE:** The Boss
**COMPANY:** La Cosa Nostra
**ADDRESS:** Forgetaboutit
**CITYSTATEZIP:** Nun of Ur Bizness
**COUNTRY:**
**PHONE:** 718-624-0709
**FAX:**
**EMAIL:** tsoprano@gmail.com
**STOCKNUMBERS:**
**MESSAGE:** WHERE THE FUCK ARE ALL THE VIDEOS??? 1.5 BILLION FOR THIS PIECE OE SHIT WEBSITE? GOOGLE GOT TAKEN!

Exhibit 01

**Ralph Girkins**

| | |
|---|---|
| **From:** | webmaster@utube.com |
| **Sent:** | Wednesday, October 25, 2006 3:45 AM |
| **To:** | sales@utube.com |
| **Subject:** | Info Request |

| | |
|---|---|
| **REQUEST:** | Specific Inquiry |
| **FULLNAME:** | Simon CLEMENCE |
| **TITLE:** | DETECTIVE SENIOR SERGEANT |
| **COMPANY:** | VICTORIA POLICE |
| **ADDRESS:** | 11/412 ST KILDA RD |
| **CITYSTATEZIP:** | MELBOURNE VICTORIA 3199 |
| **COUNTRY:** | AUSTRALIA |
| **PHONE:** | 0397767629 |
| **FAX:** | |
| **EMAIL:** | simon.clemence@police.vic.gov.au |
| **STOCKNUMBERS:** | |
| **MESSAGE:** | YOU CURRENTLY HAVE A VIDEO TITLED CUNT THE MOVIE. IT MAY CONTAIN CHILD PORN AS THE PEOPLE IN IT ARE UNDER AGE. PLEASE REMOVE IT FROM THE SITE. COULD YOU PLEASE ALSO ADVISE ME IF YOU ARE ABLE, WHO UPLOADED IT ONTO YOUR SITE. REGARDS, SIMON CLEMENCE DETECTIVE SENIOR SERGEANT VICTORIA POLICE SEXUAL CRIMES SQUAD MELBOURNE AUSTRALIA |

**Exhibit 02**

**Ralph Girkins**

| | |
|---|---|
| **From:** | webmaster@utube.com |
| **Sent:** | Monday, October 16, 2006 5:30 PM |
| **To:** | sales@utube.com |
| **Subject:** | Info Request |

| | |
|---|---|
| **REQUEST:** | Specific Inquiry |
| **FULLNAME:** | chesy cheese |
| **TITLE:** | |
| **COMPANY:** | asdasdads |
| **ADDRESS:** | |
| **CITYSTATEZIP:** | |
| **COUNTRY:** | |
| **PHONE:** | 123-132-1233 |
| **FAX:** | |
| **EMAIL:** | fukyou@utube.com |
| **STOCKNUMBERS:** | |
| **MESSAGE:** | where r da videos? youtube rox man, but what heppen to videos? |

Exhibit 03