# IN THE UNITED STATES DISTRICT COURT
# FOR THE NOTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| Universal Tube and Rollform Equipment Corporation | Case No. 06-2628 |
| *Plaintiff* | Judge: Carr |
| -vs- | |
| YouTube, Inc. | NOTICE OF FILING REGISTRAR CERTIFICATE |
| *Defendant.* | |

Plaintiff hereby respectfully submits the attached Registrar Certificate by which Network Solutions, Inc. tenders to the Court complete dominion and control over the domain name registration and use of the <youtube.com> domain name into the Registry of the Court.

As set forth in the attached Registrar Certificate, Network Solutions, Inc. is a registrar of second-level domain names in the top level ".com" domain on the Internet and Network Solutions, Inc. controls the registrations of the <youtube.com> domain name.

Network Solutions, Inc. is not a party to this action, but, by its Certificate and Order of this Court, shall maintain the *status quo ante* with respect to the domain name until further temporary or final order of this Court. Network Solutions, Inc. shall not make any change to the registration of the domain name unless and until this Court renders a decision regarding the competing interests therein.

Dated: November 7, 2006

Respectfully submitted by,
/s/Anthony J. DeGidio_____
Anthony J. DeGidio (0069064)
28366 Kensington Lane
Perrysburg, Ohio 43551

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2006, the foregoing Notice of Filing Registrar Certificate was served electronically. Notice of this filing will be sent to all other counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                Respectfully submitted,
                                                /s/ Anthony J. DeGidio