UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL TUBE & ROLLFORM EQUIPMENT, CORPORATION<br>26202 GLENWOOD RD. BOX 287<br>PERRYSBURG, OH 43552<br>     Plaintiff,<br><br>  v.<br><br>YOUTUBE, INC.<br>2ND FLOOR 71 E. THRID AVENUE<br>SAN MATEO, CA 94401<br><br>     Defendant. | CASE NO. 06-2628 |

## *REGISTRAR CERTIFICATE*

I, John David, pursuant to 15 U.S.C. §§ 1114(2)(D)(i)(II)(aa) and 1125(d)(2)(D)(i)(I), and 28 U.S.C. § 1746 hereby declare:

1. I have personal knowledge of the facts stated in this Registrar Certificate, and could and would testify to these facts if called as a witness in this matter. I am a Paralegal in the Legal Department of Network Solutions, LLC. ("Network Solutions").

2. Network Solutions is a registrar of Internet second-level domain names in the top-level domains .COM, .NET, and .ORG located in Herndon, Virginia.

3. Our records indicate that the registrant of the YouTube.com domain name is YouTube, Inc. of 71 E Third Avenue, 2nd Floor San Mateo, California 94401.

4.   Through the deposit of this Registrar Certificate with the Registry of the Court, Network Solutions hereby tenders to the Court complete control and authority over the registration for the YouTube.COM domain name registration record.

5. The registration for the domain name YouTube.COM is currently active, and Network Solutions will not permit any transfer, suspension, or other modification to the registration record during the pendency of this action, except upon receipt of an order of the court or a dismissal of all claims concerning the registrant's contractual rights to register or use the subject domain name.

6. This Registrar Certificate shall expire automatically, and control and authority over the registration record of the domain name shall revert to Network Solutions: (i) 14 calendar days from the date of this Registrar Certificate, unless this Registrar Certificate has been filed with the Court during that period and Network Solutions has received a file-stamped copy; or (ii) upon Network Solutions' receipt of an order dismissing all claims concerning the registrant's contractual rights to register or use the subject domain name.

7. By tendering this Registrar Certificate, Network Solutions takes no position as to the legal status of the domain name registration which is the subject of this action or the merits of the instant action, nor should this

certificate or its submission be construed as such.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 3, 2006, at Herndon, Virginia.

_____
John David
Paralegal , Legal Department
Network Solutions, LLC.


The foregoing instrument was signed before me this 3 day of November, 2006, by John David

_____
Notary Public          My Commission Expires
                       May 31, 2008
My commission expires: _____

County of Fairfax, Commonwealth of Virginia

-3-