IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNIVERSAL TUBE & ROLLFORM EQUIPMENT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>YOUTUBE, INC.,<br><br>Defendant. | CASE NO. 3: 06 CV 02628<br><br>JUDGE JAMES G. CARR<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Local Civil Rule 83.5(h), the undersigned seeks permission for Michael H. Page, Mark A. Lemley, and Matthias A. Kamber of Keker & Van Nest LLP to participate in this case *pro hac vice* as counsel for defendant YouTube, Inc. As set forth in the declarations attached hereto (Exhibit A), Messrs. Page, Lemley, and Kamber are all members in good standing of the Bar of the State of California.

Their contact information is as follows:

>Michael H. Page
>Keker & Van Nest LLP
>710 Sansome Street
>San Francisco, California 94111
>415-391-5400 (telephone)
>415-397-7188 (fax)
>mpage@kvn.com
>California Bar Number 154913
>
>Mark A. Lemley
>Keker & Van Nest LLP
>710 Sansome Street
>San Francisco, California 94111
>415-391-5400 (telephone)

415-397-7188 (fax)
mlemley@kvn.com
California Bar Number 155830

Matthias A. Kamber
Keker & Van Nest LLP
710 Sansome Street
San Francisco, California 94111
415-391-5400 (telephone)
415-397-7188 (fax)
mkamber@kvn.com
California Bar Number 232147

Respectfully submitted,

/s/ Harry D. Cornett
HARRY D. CORNETT  (0013179)
hcornett@tuckerellis.com
Tucker Ellis & West LLP
1150 Huntington Bldg, 925 Euclid Ave
Cleveland, OH 44115-1475
Telephone:    216.592.5000
Telefax:       216.592.5009
*Attorney for Defendant YouTube, Inc.*

## CERTIFICATE OF SERVICE

I certify that on December 5, 2006 a copy of the foregoing Motion for Admission Pro Hac Vice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Harry D. Cornett*
*One of the Attorneys for Defendant*
*YouTube, Inc.*

# EXHIBIT A

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNIVERSAL TUBE & ROLLFORM EQUIPMENT CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> YOUTUBE, INC., <br><br> Defendant. | ) CASE NO. 3: 06 CV 02628 <br> ) <br> ) JUDGE JAMES G. CARR <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DECLARATION OF MICHAEL H. PAGE

I, MICHAEL H. PAGE, of lawful age, declare upon my oath as follows:

1. The matters set forth in this declaration are based upon personal knowledge.

2. I am a member in good standing of the state bar of California (California Bar No. 154913) and am a partner with the law firm of Keker & Van Nest LLP in San Francisco, California.

PURSUANT TO 28 U.S.C. SECTION 1746, I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

_____
MICHAEL H. PAGE

Executed this 22nd day of November 2006

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNIVERSAL TUBE & ROLLFORM EQUIPMENT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>YOUTUBE, INC.,<br><br>Defendant. | CASE NO. 3: 06 CV 02628<br><br>JUDGE JAMES G. CARR |

### DECLARATION OF MARK A. LEMLEY

I, MARK A. LEMLEY, of lawful age, declare upon my oath as follows:

1. The matters set forth in this declaration are based upon personal knowledge.

2. I am a member in good standing of the state bar of California (California Bar No. 155830) and am counsel for the law firm of Keker & Van Nest LLP in San Francisco, California.

PURSUANT TO 28 U.S.C. SECTION 1746, I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

_____
MARK A. LEMLEY

Executed this 28th day of November 2006

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNIVERSAL TUBE & ROLLFORM EQUIPMENT CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>YOUTUBE, INC.,<br><br>    Defendant. | CASE NO. 3: 06 CV 02628<br><br>JUDGE JAMES G. CARR |

### DECLARATION OF MATTHIAS A. KAMBER

I, MATTHIAS A. KAMBER, of lawful age, declare upon my oath as follows:

1. The matters set forth in this declaration are based upon personal knowledge.

2. I am a member in good standing of the state bar of California (California Bar No. 232147) and am an associate with the law firm of Keker & Van Nest LLP in San Francisco, California.

PURSUANT TO 28 U.S.C. SECTION 1746, I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

_____
MATTHIAS A. KAMBER

Executed this 27th day of November 2006