> Motion granted.
> So Ordered.
>
> S/ James G. Carr
> Chief Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNIVERSAL TUBE & ROLLFORM EQUIPMENT CORPORATION,<br><br>     Plaintiff,<br><br>v.<br><br>YOUTUBE, INC.,<br><br>     Defendant. | )  CASE NO. 3: 06 CV 02628<br>)<br>)<br>)  JUDGE JAMES G. CARR<br>)<br>)<br>)  **MOTION FOR ADMISSION PRO HAC**<br>)  **VICE**<br>)<br>) |

Pursuant to Local Civil Rule 83.5(h), the undersigned seeks permission for Michael H. Page, Mark A. Lemley, and Matthias A. Kamber of Keker & Van Nest LLP to participate in this case *pro hac vice* as counsel for defendant YouTube, Inc. As set forth in the declarations attached hereto (Exhibit A), Messrs. Page, Lemley, and Kamber are all members in good standing of the Bar of the State of California.

Their contact information is as follows:

> Michael H. Page
> Keker & Van Nest LLP
> 710 Sansome Street
> San Francisco, California 94111
> 415-391-5400 (telephone)
> 415-397-7188 (fax)
> mpage@kvn.com
> California Bar Number 154913
>
> Mark A. Lemley
> Keker & Van Nest LLP
> 710 Sansome Street
> San Francisco, California 94111
> 415-391-5400 (telephone)