IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL TUBE & ROLLFORM EQUIPMENT CORPORATION,<br><br>                            Plaintiff,<br><br>     v.<br><br>YOUTUBE, INC., CHAD HURLEY, and STEVE CHEN<br><br>                            Defendants. | Case No. 06-2628<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE FOR UNIVERSAL TO FILE ITS SECOND AMENDED COMPLAINT, AND SETTING DATE FOR DEFENDANTS' RESPONSE**<br><br>Judge:    James G. Carr |

WHEREAS:

Plaintiff Universal Tube & Rollform Equipment Corp. ("Universal") filed its complaint in this action on October 30, 2006; and

Universal filed a first amended complaint on November 30, 2006, which did not specify whether any claims other than the Ohio RICO claims were being asserted against the individual defendants.

IT IS THEREFORE STIPULATED THAT:

1.     Pursuant to Federal Rule of Civil Procedure 15(a), Universal be granted leave to file its second amended complaint, a copy of which is attached hereto; and

2.     All defendants have until February 1, 2007, to respond to Universal's second amended complaint.

/ /

/ /

1
STIPULATION AND [PROPOSED] ORDER
CASE NO. 06-2628

386634.01

**IT IS SO STIPULATED**.

Dated:  December 20, 2006

By:   /s/ Anthony J. DeGidio
ANTHONY J. DEGIDIO, JR.
Fraser Martin & Miller LLC
28366 Kensington Lane
Perrysburg, OH  43551-4163
Telephone:  419/874-1100
Facsimile: 419/874-1130

*Attorney for Universal Tube & Rollform Equipment Corp.*

Dated:  December 20, 2006

By:    /s/ Matthias A. Kamber
MICHAEL H. PAGE
MARK A. LEMLEY
MATTHIAS A. KAMBER
Keker & Van Nest, LLP
710 Sansome St.
San Francisco, CA 94111
Telephone:  415/391-5400
Facsimile:   415/397-7188

*Attorneys for Defendants, YouTube, Inc., Chad Hurley, and Steve Chen*

### ORDER

The above stipulation having been considered, and good cause appearing therefor,

IT IS SO ORDERED.

Dated:

By:   /s/ James G. Carr   12/22/06

Chief Judge