**Ralph Girkins**

**From:** webmaster@utube.com
**Sent:** Friday, October 13, 2006 2:06 PM
**To:** sales@utube.com
**Subject:** Info Request

| | |
|---|---|
| **REQUEST:** | Specific Inquiry |
| **FULLNAME:** | Tony Soprano |
| **TITLE:** | The Boss |
| **COMPANY:** | La Cosa Nostra |
| **ADDRESS:** | Forgetaboutit |
| **CITYSTATEZIP:** | Nun of Ur Bizness |
| **COUNTRY:** | |
| **PHONE:** | 718-624-0709 |
| **FAX:** | |
| **EMAIL:** | tsoprano@gmail.com |
| **STOCKNUMBERS:** | |
| **MESSAGE:** | WHERE THE FUCK ARE ALL THE VIDEOS??? 1.5 BILLION FOR THIS PIECE OE SHIT WEBSITE? GOOGLE GOT TAKEN! |

Exhibit 01

Dockets.Justia.com

**Ralph Girkins**

**From:** webmaster@utube.com
**Sent:** Wednesday, October 25, 2006 3:45 AM
**To:** sales@utube.com
**Subject:** Info Request

| | |
|---|---|
| **REQUEST:** | Specific Inquiry |
| **FULLNAME:** | Simon CLEMENCE |
| **TITLE:** | DETECTIVE SENIOR SERGEANT |
| **COMPANY:** | VICTORIA POLICE |
| **ADDRESS:** | 11/412 ST KILDA RD |
| **CITYSTATEZIP:** | MELBOURNE VICTORIA 3199 |
| **COUNTRY:** | AUSTRALIA |
| **PHONE:** | 0397767629 |
| **FAX:** | |
| **EMAIL:** | simon.clemence@police.vic.gov.au |
| **STOCKNUMBERS:** | |
| **MESSAGE:** | YOU CURRENTLY HAVE A VIDEO TITLED CUNT THE MOVIE. IT MAY CONTAIN CHILD PORN AS THE PEOPLE IN IT ARE UNDER AGE. PLEASE REMOVE IT FROM THE SITE. COULD YOU PLEASE ALSO ADVISE ME IF YOU ARE ABLE, WHO UPLOADED IT ONTO YOUR SITE. REGARDS, SIMON CLEMENCE DETECTIVE SENIOR SERGEANT VICTORIA POLICE SEXUAL CRIMES SQUAD MELBOURNE AUSTRALIA |

Exhibit 02

**Ralph Girkins**

---

**From:** webmaster@utube.com
**Sent:** Monday, October 16, 2006 5:30 PM
**To:** sales@utube.com
**Subject:** Info Request

**REQUEST:** Specific Inquiry
**FULLNAME:** chesy cheese
**TITLE:**
**COMPANY:** asdasdads
**ADDRESS:**
**CITYSTATEZIP:**
**COUNTRY:**
**PHONE:** 123-132-1233
**FAX:**
**EMAIL:** fukyou@utube.com
**STOCKNUMBERS:**
**MESSAGE:** where r da videos? youtube rox man, but what heppen to videos?

Exhibit 03

Hello, zerferderfer (0) | My Account | Hist

Search for

Home Videos Channels Groups Categor

# U2 - Beautiful Day

Added March 28, 2006
From rozgreen

u2 // vertigo brazil '06

Category Music

Tags u2 vertigo brazil06 beautiful

URL http://www.youtube.com/watch?v=5

Embed <object width="425" height="350"><

Rate this video:

59 ratings

Save to Favorites Share Video Flag as Inappropriate
Add to Groups Post Video

Views: **17,933** | Comments: **7** | Favorited: **145** times | more stats...

Related | More from this use

Showing 1-20 of 82940

**U2 - Beautiful Da**
**04:49**
From: rozgreen
Views: 17730
**<< Now Playing**

**U2 - City of blin**
**04:34**
From: rozgreen
Views: 5218

**U2 - Vertigo**
**04:21**
From: rozgreen
Views: 17487

**U2 - Elevation**
**04:54**
From: rozgreen
Views: 4907

**U2 - until the er world**
**04:46**

Showing 1-20 of 82940

## Comments & Responses

**Post a video response**
**Post a text comment**

**lanolinSecam** (7 months ago)

WOW

(Reply) (Mark as spam)

**HazaelG** (7 months ago)

i love this song

(Reply) (Mark as spam)

Exhibit 4

**captainbluntmofo** (6 months ago)

great video

(Reply) (Mark as spam)

**armageddon936** (2 months ago)

Great performance that is my favorite U2 song

(Reply) (Mark as spam)

**darknessamongus** (1 month ago)

you know, i like this one: 3/5 it's not bad... but not phenomenal... but i can't give you credit, you didn't make this video, you only posted it.

(Reply) (Mark as spam)

**andrewjones101** (1 month ago)

RONALDO

(Reply) (Mark as spam)

**feedias** (1 week ago)

show perfeitoo

(Reply) (Mark as spam)

## Comment on this video

**Post a video response**

**New on YouTube**

Winners Chosen in Youtube Undergro

Turistas Go Home. Check out the Turis

Do you believe? It takes 5ive.

Do you want lies with that?

He's back! Superman Returns.

**Your Account**
Videos Subscriptions
Favorite Inbox
Playlists more...

**YouTube**
About Advertising
Blog Jobs
Contact Press

**Help & Info**
Help Center Safety Tips
Video Toolbox RSS Syndication
Developers Community Guidelines

Search for [ ] Search

Copyright © 2006 YouTube, Inc.



You Tube
Broadcast Yourself™

# "Man! I Feel Like A Woman!" - 1999 Grammy Awards

Rate this video:

51 ratings

Save to Favorites
Add to Groups

Share Video
Post Video

Flag as
Inappropriate

Views: **8,105** | Comments: **6** | Favorited: **121** times | more stats...

## Comments & Responses

**Post a video response**
**Post a text comment**

**magicalangel0** (5 months ago)

i love her outfit. I'd totally wear it if I was a performer! hahah

(Reply) (Mark as spam)

**depressdepress** (5 months ago)

she's so damn gorgeous!! god..i love this performance. she is seriously the sexiest female singer ever!! she's the diva. *muackkssz*

(Reply) (Mark as spam)

**Added** February 09, 2006
**From** muzikguy94
"Man! I Feel Like A Woman!" - 1999 (
**Category** Entertainment
**Tags** Shania Twain Grammy Awar(
**URL** http://www.youtube.com/watch?v=A
**Embed** <object width="425" height="350"><

Related | More from this use

Showing 1-20 of 9198

**"Man! I Feel Like Woman!" - 1999 Awards**
03:59
From: muzikguy94
Views: 8063
**<< Now Playing**

**"Ka-Ching!"**
03:23
From: muzikguy94
Views: 4438

**"I'm Gonna Get( - 2002 CMAs**
04:39
From: muzikguy94
Views: 6026

**from this mome**
04:17
From: lynveel1215
Views: 68221

**Man I feel like a**
02:50

Showing 1-20 of 9198

Exhibit 5

**Bahasa** (2 months ago)

Love Shania Twain and love this performance, but I have to laugh... she looks like a classy dominatrix (if there is such a thing).

(Reply) (Mark as spam)

**lazlow7** (1 month ago)

Absolutely love Shania, but has anyone else noticed she sounds a bit ropey when she sings Man! live? I first heard her do it on Top of the Pops, but I just thought she was ill at the time... but this one's the same.

(Reply) (Mark as spam)

**civic24** (1 week ago)

Yeah, Shania has said she gets nervous while doing television performances (front of camera). She has never got over it. However she said she loves performing in front of a crowd. It is natural to her. If you see her LIVE (on tour) it sounds as good as the album.

(Reply) (Mark as spam)

**dilaniw** (1 month ago)

LOVE SHANIA! u go girl

(Reply) (Mark as spam)

## Comment on this video

**Post a video response**

**New on YouTube**

Winners Chosen in Youtube Undergrou

Turistas Go Home. Check out the Turis

Do you believe? It takes 5ive.

Do you want lies with that?

He's back! Superman Returns.

**Your Account**
Videos Subscriptions
Favorite Inbox
Playlists more...

**YouTube**
About Advertising
Blog Jobs
Contact Press

**Help & Info**
Help Center Safety Tips
Video Toolbox RSS Syndication
Developers Community Guidelines

Search for Search

Copyright © 2006 YouTube, Inc.



Hello, zerferderfer (0) | My Account | Hist

Search for

Home Videos Channels Groups Categor

## My Humps

Added **February 09, 2006**
From pimpz77

Black Eyed Peas - My Humps

Category Music

Tags Black Eyed Peas My (more

URL http://www.youtube.com/watch?v=K

Embed <object width="425" height="350"><

Related | More from this use

Showing 1-20 of 156322

**My Humps**
**04:02**
From: rainybubble
Views: 97052

**My Humps**
**03:52**
From: pimpz77
Views: 69983
**<< Now Playing**

**My Farts**
**03:50**
From: Gelloh
Views: 149039

**My humps patri**
**03:40**
From: ddrfreak29
Views: 32978

**my humps**
**04:10**
From: cutieshine2

Showing 1-20 of 156322

## Comments & Responses

**Post a video response**
**Post a text comment**

**cathcath** (4 months ago)

its a pornography jk

(Reply) (Mark as spam)

**mokeymokeyking** (3 months ago)

SEXY

(Reply) (Mark as spam)

# Exhibit 6

**ashleyshadows** (3 months ago)

BEP are class!

(Reply) (Mark as spam)

**ducluu** (3 months ago)

http://www.youtube.com/watch?v=1XTlgDJbdh8 Mad TV version :)

(Reply) (Mark as spam)

**reynosas** (3 months ago)

2-_---3 no esta muy bueno

(Reply) (Mark as spam)

**poloxmx** (3 months ago)

todos son putos PADRINOS MAGICOSSSS!!!!

(Reply) (Mark as spam)

**Ron5057** (3 months ago)

it is hot,dude

(Reply) (Mark as spam)

**Mariamousie** (2 months ago)

I think it's a satire or something...very funny!

(Reply) (Mark as spam)

**yummycandi** (1 month ago)

duuude
fergie is major hot, yo <333

love that song, i dunno why.

(Reply) (Mark as spam)

**dollaBabeNo1** (2 days ago)

ich lieb das lieb imma noch (=

(Reply) (Mark as spam)

**View all 18 comments**

## Comment on this video

**Post a video response**

**New on YouTube**

Winners Chosen in Youtube Undergro

Turistas Go Home. Check out the Turi

Do you believe? It takes 5ive.

Do you want lies with that?

He's back! Superman Returns.

**Your Account**

Videos Subscriptions
Favorite Inbox
Playlists more...

**YouTube**

About Advertising
Blog
Contact



# 50 Cent - Candy Shop Performance

Rate this video: ★★★★☆ 18 ratings

Save to Favorites | Add to Groups | Share Video | Post Video | Flag as Inappropriate

Views: 7,844 | Comments: 3 | Favorited: 15 times | less stats...

**Sites Linking to This Video:**

**4 clicks from** http://www.drongle.ro/clips/rapp/50_cent_concert_2.html
**3 clicks from** http://beboframe.com/FlashFrame.jsp?Size=L&Video...
**1 clicks from** http://www.hi5.com/friend/profile/displayProfile.do?...
**1 clicks from** http://hp.knuddels.de/homepages/knuddels.de/hp/43/do...
**1 clicks from** http://profile.myspace.com/index.cfm?fuseaction=user...

**Honors for This Video:**

close

## Comments & Responses

Post a video response
Post a text comment

**Nevermind199220** (3 months ago)

fuck

ROCK ON!!!

(Reply)

**samuself** (3 months ago)

rock on...? lmao ye and here we have 50 cent supported by iron maiden trivumn and black sabbath ^o) how can u say rock on 2 50 cent

(Reply)

**darkforce92** (2 months ago)

I WaS ThErE. It WaS Da SHISNIT!!

(Reply)

**Added** June 05, 2006
**From** TimTheRussian

SUBSCRIBE to TimTheRussian

50 Cent Candy Shop performance in the Arena Sports Complex in Kyiv, Ukraine (less)

**Category** Music

**Tags** 50 cent Kyiv Arena Ukraine Concert (less)

**URL** http://www.youtube.com/watch?v=-oHR61Mitj0

**Embed** <object width="425" height="350"><param name="r

Related | More from this user | Playlists

Showing 1-20 of 71761 See All Videos

**50 Cent - Candy Shop Performance**
**02:55**
From: TimTheRussian
Views: 7818
**<< Now Playing**

**50 Cent & G Unit - U Not Like Me (Live In Detroit)**
**02:46**
From: ilovemarit50
Views: 10630

**50 Cent & G-Unit - Wanksta & If I Can't (Live by Springbreak**
**03:56**
From: ilovemarit50
Views: 12081

**Alberto beim Beatboxen**
**01:06**
From: michaelop
Views: 392

**50 Cent Show - Serbia**
**03:19**
From: xrated021
Views: 516

Showing 1-20 of 71761 See All Videos

**New on YouTube**

Winners Chosen in Youtube Underground!

Turistas Go Home. Check out the Turistas Channel.

Do you believe? It takes 5ive.

Do you want lies with that?

He's back! Superman Returns.

**Director Videos**

**LUCKY NUMBER SLEVIN Trailer**
**02:09**
From: TheWeinsteinCompany

**Nelly Furtado "Say It Right" from Loose out now**
**03:57**
From: NellyFurtado

**Be Heard: What My Family Went Through**
**00:46**
From: beheard

**Regina Spektor - Fidelity**
**03:53**
From: jeffwatson

Exhibit 7

## Would you like to comment?

Join YouTube for a free account, or Login if you are already a member.

| Your Account | | YouTube | | Help & Info | | |
|---|---|---|---|---|---|---|
| Videos | Subscriptions | About | Advertising | Help Center | Safety Tips | Terms of Use |
| Favorite | Inbox | Blog | Jobs | Video Toolbox | RSS Syndication | Privacy Policy |
| Playlists | more... | Contact | Press | Developers | Community Guidelines | Copyright Info |

**Search for** Search

Copyright © 2006 YouTube, Inc.



Hello, zerferderfer (0) | My Account | Hist

Search for

Home Videos Channels Groups Categor

## Sammy Hagar Concert

Added June 25, 2006
From jbledsoe86

Sammy Hagar "I love this bar". Colu
Home Video. (less)

Category Music

Tags Sammy Hagar Home Videc

URL http://www.youtube.com/watch?v=

Embed <object width="425" height="350":

Rate this video:
0 ratings

Save to Favorites
Add to Groups

Share Video
Post Video

Flag as
Inappropriate

Views: **510** | Comments: **0** | Favorited: **2** times

Related More from this us

Showing 1-20 of 314663

Sammy Hagar
00:42
From: jbledsoe8
Views: 649

Sammy Hagar
00:20
From: jbledsoe8
Views: 143

Sammy Hagar
00:24
From: jbledsoe86
Views: 489
<< Now Playing

Sammy @ Hyu
Pavillion June
01:07
From: 5150SOC
Views: 4

Sammy Hagar
House
04:09

Showing 1-20 of 314663

## Comment on this video

Post a video response

Post Comment

Exhibit 8

**New on YouTube**

One week left! Vote in the Youtube U

Do you believe? It takes 5ive.

Do you want lies with that?

He's back! Superman Returns.

**Your Account**
Videos Subscriptions
Favorite Inbox
Playlists more...

**YouTube**
About Advertising
Blog Jobs
Contact Press

**Help & Info**
Help Center Safety Tips
Video Toolbox RSS Syndication
Developer APIs Community Guideline

Search for Search

Copyright © 2006 YouTube, Inc.



Hello, zerferderfer (0) | My Account | Hist

Search for

Home Videos Channels Groups Categor

# Kelly Clarkson "Home" all credit to MichelleKCFAN at KCE

Rate this video:

9 ratings

Save to Favorites | Share Video | Flag as Inappropriate
Add to Groups | Post Video

Views: **1,562** | Comments: **4** | Favorited: **17** times | more stats...

**Added** **July 19, 2006**
**From** directorSandy

Addicted Tour, Boston (Mansfield) co

**Category** Music

**Tags** Kelly Clarkson "Home"

**URL** http://www.youtube.com/watch?v=N

**Embed** <object width="425" height="350"><

Related | More from this use

Showing 1-20 of 42181

**Kelly Clarkson " credit to Michell KCE**
**04:15**
From: directorSanc
Views: 1553
**<< Now Playing**

**Home-Raleigh-I Clarkson**
**03:34**
From: katOisOaOke
Views: 13090

**Kelly Clarkson- NH**
**00:31**
From: xxjesssica0
Views: 104

**Kelly Clarkson (Live in Irvine,C**
**00:40**
From: DTones23
Views: 437

**Home**
**03:54**

Showing 1-20 of 42181

## Comments & Responses

Post a video response
Post a text comment

ElijahFan85 (4 months ago)

I went to the stop in Indiana and Kelly ROCKED IT OUT! She is expecially great on this song! Thanx for posting it:)

(Reply) (Mark as spam)

ibanezgirl (4 months ago)

she sounds good on this, but ya'll need to see marc do it. he is a force to be reckoned with.

(Reply) (Mark as spam)

Exhibit 9

**k311yr0x** (4 months ago)

my concert ahhhhhhhhhh

(Reply) (Mark as spam)

**lidsaylohan** (1 month ago)

kool (:

(Reply) (Mark as spam)

## Comment on this video

**Post a video response**

**New on YouTube**

One week left! Vote in the Youtube Un

Do you believe? It takes 5ive.

Do you want lies with that?

He's back! Superman Returns.

| Your Account | | YouTube | | Help & Info | |
|---|---|---|---|---|---|
| Videos | Subscriptions | About | Advertising | Help Center | Safety Tips |
| Favorite | Inbox | Blog | Jobs | Video Toolbox | RSS Syndication |
| Playlists | more... | Contact | Press | Developer APIs | Community Guideline |

Search for Search

Copyright © 2006 YouTube, Inc.



Hello, zerferderfer (0) | My Account | Hist

Search for

Home | Videos | Channels | Groups | Categor

Uses ethanol. Eats vegetables. Recy

# Greyhoundz Concert part 1 of 2

Rate this video:

2 ratings

Save to Favorites
Add to Groups

Share Video
Post Video

Flag as Inappropriate

Views: **682** | Comments: **1** | Favorited: **1** time

**Added** **July 02, 2006**
**From** **MokongX3M**

Venue: The Barracks, Iloilo City, Ph

**Category** Music

**Tags** Greyhoundz Barracks Iloilo (more)

**URL** http://www.youtube.com/watch?v=

**Embed** <object width="425" height="350">

Related | More from this us

Showing 1-20 of 83065

**Greyhoundz C of 2**
**09:58**
From: MokongX3
Views: 667
**<< Now Playing**

**Greyhoundz C 2 of 2**
**03:19**
From: MokongX
Views: 412

**Slapshock co of 5**
**09:58**
From: MokongX
Views: 177

**Slapshock Co of 5**
**01:44**
From: MokongX
Views: 573

**Slapshock Co of 5**
**06:54**

Showing 1-20 of 83065

## Comments & Responses

**Post a video response**
**Post a text comment**

**mokongmax** (4 months ago)

you dude nice vid anyway stay cool hope to see you soon

(Reply) (Mark as spam)

## Comment on this video

**Post a video response**

Exhibit 10

Post Comment

**New on YouTube**

One week left! Vote in the Youtube U

Do you believe? It takes 5ive.

Do you want lies with that?

He's back! Superman Returns.

| Your Account | | YouTube | | Help & Info | |
|---|---|---|---|---|---|
| Videos | Subscriptions | About | Advertising | Help Center | Safety Tips |
| Favorite | Inbox | Blog | Jobs | Video Toolbox | RSS Syndication |
| Playlists | more... | Contact | Press | Developer APIs | Community Guideline |

Search for Search

Copyright © 2006 YouTube, Inc.