IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN  DIVISION

**Universal Tube & Rollform Equipment Corp.,**

                                               Case No. **3:06cv2628**

            Plaintiff(s),                    Chief Judge James G. Carr

   vs.

                                       **NOTICE OF
CASE MANAGEMENT CONFERENCE**

**YouTube, Inc.,**

             Defendant(s).

      This case is subject to the provisions of  LR 16.1 of Local Rules of the Northern District of Ohio

entitled Differentiated Case Management (DCM).  All counsel are expected to familiarize themselves with

the Local Rules as well as with the Federal Rules of Civil Procedure.  The Court shall evaluate this case in

accordance with LR 16.1 and assign it to one of the case management tracks described in LR16.2(a).  Each

of the tracks (expedited, standard, complex, mass tort and administrative) has its own set of guidelines and

time lines governing discovery practice, motion practice and for trial.  Discovery shall be guided by LR

26.1 et seq. , and motion practice shall be guided by LR 7.1(b)-(k) et seq.

### SCHEDULING OF CASE MANAGEMENT CONFERENCE

      All counsel and/or parties will take notice that the above-entitled action has been set

for a Case Management Conference ("CMC") on **March  5, 2007,** at **1:30 p.m.**, before Chief Judge James

G. Carr,  in Room 210, United States Courthouse, 1716 Spielbusch Avenue, Toledo, Ohio.

      Local Rule 16.3(b) requires the attendance of both parties and lead counsel (**UNLESS**

**INDICATED UNDER "OTHER DIRECTIVES" CONTAINED HEREIN ON PAGE 4).**  "Parties"

means either the named individuals or, in the case of a corporation or similar legal entity, that person who

is most familiar with the actual facts of the case.  "Party" does not mean in-house counsel or someone who

merely has "settlement authority."  If the presence of a party or lead counsel will constitute an undue

1

Dockets.Justia.com

hardship, a written motion to excuse the presence of such person must be filed well in advance of the CMC.

## TRACK RECOMMENDATION

Pursuant to Local Rule 16.3(a), and subject to further discussion at the CMC, the Court

recommends the following track:

__x__   EXPEDITED          _____   STANDARD   _____   ADMINISTRATIVE

_____   COMPLEX          _____   MASS TORT   _____   RECOMMENDATION RESERVED FOR CMC

## APPLICATION OF FED.R.CIV.P. 26

Rule 26(a) of the Federal Rules of Civil Procedure, as amended December 1, 1993, mandate a series

of required disclosures by counsel in lieu of discovery requests unless otherwise stipulated or directed by

order of the Court or by local rule.  In the above entitled case, Rule 26(a) shall apply as follows:

__x__   All disclosures mandated by Rule 26(a) shall apply, including Initial Disclosures (Rule 26(a)(l)) and
Pre-Trial Disclosures (Rule 26(a)(3)).
____   Initial Disclosures (Rule 26(a)(1)) shall not apply and Pre-Trial Disclosures (Rule 26(a)(3)) shall
apply.
__x__   Prior to the Case Management Conference, the parties may undertake such informal
or formal discovery as they mutually agree.   This limitation in no way affects any
disclosure required by Fed.R.Civ.P.26(a)(1) or by this order.


## CONSENT TO JURISDICTION OF MAGISTRATE JUDGE

The parties are encouraged to discuss and consider consenting to the jurisdiction of the Magistrate

Judge.

## PREPARATION FOR CMC BY COUNSEL

The general agenda for the CMC is set by Local Rule 16.3(b).  **Counsel for the plaintiff shall**

**arrange with opposing counsel for the meeting of the parties as required by Fed.R.Civ.P. 26(f) and**

**Local Rule 16.3(b).  A report of this planning meeting shall be jointly signed and filed not later than**

**three days before the CMC.  The report shall be in a form substantially similar to Attachment l.**

## COUNSEL ARE ENCOURAGED TO REVIEW THE DISCUSSION OF JUDGE CARR'S

## CASE MANAGEMENT PRACTICES AND TRIAL PROCEEDURES FOUND AT THE COURT'S

**WEBSITE - www.ohnd.uscourts.gov.**

## ELECTRONIC CASE FILING

**Counsel are advised that all pleadings, notices, and orders shall be filed electronically pursuant to the local rules. Electronic filing is mandatory in the Northern District of Ohio.**

**Failure of counsel to take all steps necessary to file and receive electronic pleadings shall not be accepted as grounds for vacating any adverse action resulting from the non-receipt of any pleading, notice, or order that was filed by other counsel or the Court electronically.**

**A copy of the Electronic Filing Policies and Procedures Manual for the United States District Court, Northern District of Ohio can be found at www.ohnd.uscourts.gov or by calling the Help Desk at 1-800-355-8498.**

## FILING OF DISCOVERY MATERIALS

Unless otherwise ordered by the Court, initial disclosures, discovery depositions, interrogatories, requests for documents, requests for admissions, and answers and responses thereto shall not be filed with the Clerk's Office, except that discovery materials may be filed as evidence in support of a motion or for use at trial.

## DEPOSITION PRACTICES

The Judges of the Northern District of Ohio have recently adopted LR 30.1 which governs the taking of depositions. Counsel are expected to comply with the rule in its entirety.

## OTHER DIRECTIVES

1. In all cases in which it is anticipated that the parties will seek fee shifting pursuant to statutory or case-law authority, each party shall file with the Court at or prior to the CMC a preliminary estimate and/or budget of the amount of fees and expenses anticipated to the subject of any such claim. Such estimate shall include, but not be limited, to the following:

3

| ATTORNEY'S FEES | | COSTS | |
|---|---|---|---|
| Preliminary Investigation & Filing Complaint | $_____ | Depositions | $_____ |
| Procedural Motions Practice | $_____ | Experts | $_____ |
| Discovery | $_____ | Witness Fees | $_____ |
| Dispositive Motions Practice | $_____ | Other | $_____ |
| Settlement Negotiations | $_____ | | |
| Trial | $_____ | | |
| **TOTAL FEES** | **$_____** | **TOTAL COSTS** | **$_____** |

**2.Out of town counsel may participate by telephone; parties need not attend.**

**Counsel may contact Joyce at (419) 213-5555 to participate by telephone.**

## RESOLUTION PRIOR TO CMC

In the event that this case is resolved prior to the CMC, counsel should submit a jointly signed stipulation of settlement or dismissal, or otherwise notify the Court that the same is forthcoming.

**Geri M. Smith, Clerk of Court**

**by:     s/ Amy L. Schroeder_____**
**Courtroom Deputy**

Toledo, OH

## ATTACHMENT  1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Case No.

Plaintiff,

Chief Judge James G. Carr

-vs-

<u>REPORT OF PARTIES' PLANNING
MEETING UNDER FED.R.CIV.P. 26(F)
and Local Rule 16.3(b)</u>

Defendant.

1.      Pursuant to Fed.R.Civ.P. 26(f) and Local Rule 16.3(b), a meeting was held on_____

_____, and was attended by:

_____ Counsel for Plaintiff _____

_____ Counsel for Plaintiff _____

_____ Counsel for Defendant _____

_____ Counsel for Defendant _____

2.      The parties:

_____ have exchanged the pre-discovery disclosures required by Rule 26(a)(l) and the
        Court's prior order;
_____will exchange such disclosures by _____;
_____have not been required to make initial disclosures.

3.      The parties recommend the following track:

_____ Expedited              _____ Standard              _____ Complex

_____ Administrative         _____ Mass Tort

4.      This case is suitable for one or more of the following Alternative Dispute Resolution
        ("ADR") mechanisms:

_____ Early Neutral Evaluation        _____ Mediation        _____ Arbitration
_____ Summary Jury Trial              _____ Summary Bench Trial
_____ Case not suitable for ADR

5

5.      The parties _____do/_____do not consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. 636(c).

6.      Recommended Discovery Plan:
     (a)    Describe the subjects on which discovery is to be sought and the nature and extent of discovery.

_____

_____

_____

     (b)    Discovery cut-off date: _____

7.      Recommended dispositive motion date: _____

8.      Recommended cut-off for amending the pleadings and/or adding additional parties: _____

_____

9.      Recommended date for a status hearing: _____

10.    Other matters for the attention of the Court: _____

_____
_____

     Attorney for Plaintiffs:_____
               _____

     Attorney for Defendants: _____
               _____