# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNIVERSAL TUBE & ROLLFORM EQUIPMENT CORPORATION, | ) ) ) | CASE NO. 3:06 CV 02628 |
| Plaintiff, | ) ) ) | JUDGE JAMES G. CARR |
| | ) ) | **NOTICE OF APPEARANCE** |
| vs. | ) ) | |
| YOUTUBE, INC., | ) ) | |
| Defendants. | ) | |

Michael E. Dockins, Esq. of the firm of Fraser Clemens Martin & Miller LLC, hereby enters his appearance as co-counsel of record for the Plaintiff, Universal Tube & Rollform Equipment Corporation.

Request is made that the Clerk note the appearance of counsel and that all future notices and orders be served upon the undersigned, along with other counsel, via the Court's electronic filing system.

Respectfully submitted,

 /s/ Michael E. Dockins
Michael E. Dockins (# 0079777)
Fraser Clemens Martin & Miller LLC
28366 Kensington Lane
Perrysburg, OH 43551
419-874-1100
Fax: 419-874-1130
Email: dockins@fraser-ip.com
Co-Counsel for Plaintiff, Universal Tube & Rollform Equipment Corporation

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing Notice of Appearance has been served upon the parties via the Court's electronic filing system, this 19th day of February, 2007: Parties may access this filing through the Court's System.

/s/ Michael E. Dockins
Michael E. Dockins