IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Universal Tube & Rollform                                   Case No. 3:06CV2628
    Equipment Corporation,

        Plaintiff

v.                                                          CASE MANAGEMENT ORDER

YouTube, Inc.,

        Defendant

Case management conference was held March 5, 2007.

The track designation is standard.

It is also

ORDERED THAT:

Plaintiff's opposition to motion to dismiss due March 15, 2007; reply due April 2, 2007.

Further scheduling held in abeyance pending adjudication of motion to dismiss.

Re. Electronic Filing

> All further proceedings are to be filed electronically. Failure of counsel to take all steps necessary to file and receive electronic pleadings, notices, and orders within four weeks of the CMC shall not be accepted as grounds for vacating any adverse action resulting from the non-receipt of any pleading, notice, or order that was filed by other counsel or the Court electronically.
>
> Counsel should file all pleadings and briefs in an electronic format [rather than scanning them for filing]. Exhibits prepared electronically should normally be filed electronically; otherwise exhibits may be scanned for filing.

**If counsel file scanned briefs, they <u>shall simultaneously send an electronic version</u> to** <u>Amy_L._Schroeder@ohnd.uscourts.gov</u>.

So ordered.

<u>s/James G. Carr</u>
James G. Carr
Chief Judge
