IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Universal Tube & Rollform Equipment Corporation<br><br>*Plaintiff*<br><br>-vs-<br><br>YouTube, Inc.<br><br>and<br><br>Chad Hurley<br><br>and<br><br>Steve Chen<br><br>*Defendants* | Case No. 06-2628<br><br>Chief Judge James G. Carr<br><br><u>Declaration of William C. Dusseau</u> |

I, William C. Dusseau, state and declare as follows:

1.    I am a resident of the State of Ohio and maintain a permanent address at 317 W. Lima Street, Findlay, Ohio 45840.

2.    I work within the state of Ohio at offices located at 28366 Kensington Lane, Perrysburg, Ohio 3551.

3.    I am able to access the internet site www.utube.com with my personal home computer located at my permanent address.

4.    I am able to access the internet site www.utube.com with a laptop computer at my place of work.

5.  The website www.youtube.com includes video clips that are available to download and view on my personal computer and laptop computer.

6.  I opened an account at the site www.youtube.com. To obtain the account, YouTube asked for and I provided my email address, a user name and password, the country in which I live, my postal code, my gender and date of birth, and permission for YouTube to send me electronic mail.

7.  I received email from YouTube confirming the opening of my account.

8.  I have downloaded and viewed various videos that are available at www.youtube.com.

9.  I uploaded a short self made video clip to the YouTube website. The video uploading process required me to enter a title, a description, a category, and key search terms, all of which are used to identify and help locate the video using the interactive search tool on the website.

10. I have shared video using the interactive "share" function on www.youtube.com. The share function allows me to enter the email address of people I want to share the video with and then automatically sends an email to those addresses that includes a link to the shared video and links for the recipient to log in or create an account at www.youtube.com.

11. I have clicked on various advertising links that appear on the www.youtube.com website.

12. I have clicked on the "jobs" links to see if YouTube was seeking any employees for its operations in Ohio.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 15th day of March 2007.

_____
William C. Dusseau