IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL TUBE & ROLLFORM EQUIPMENT CORPORATION<br><br>*Plaintiff,*<br><br>-vs-<br><br>YOUTUBE, INC., CHAD HURLEY, AND STEVE CHEN<br><br>*Defendants.* | Case No. 06-2628<br><br>Judge: James G. Carr<br><br>**ORDER** |

For good cause shown, Plaintiff Universal Tube & Rollform Equipment Corporation's Motion for Leave to File Surreply to Defendant's Motion to Dismiss is GRANTED.

SO ORDERED this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT COURT JUDGE

1