IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL TUBE & ROLLFORM EQUIPMENT CORPORATION | Case No. 06-2628 |
| *Plaintiff,* | |
| -vs- | Judge: James G. Carr |
| YOUTUBE, INC., CHAD HURLEY, AND STEVE CHEN | **ORDER** |
| *Defendants.* | |

For good cause shown, Plaintiff Universal Tube & Rollform Equipment Corporation's Motion for Leave to File Surreply to Defendant's Motion to Dismiss is GRANTED.

SO ORDERED this 26th day of April, 2007.

/s/ James G. Carr
_____
Chief Judge

1