IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNIVERSAL TUBE & ROLLFORM EQUIPMENT CORPORATION, | ) ) ) | CASE NO. 3:06 CV 02628 |
| Plaintiff, | ) ) ) | JUDGE |
| | ) ) | **NOTICE OF APPEARANCE** |
| vs. | ) ) ) | |
| YOUTUBE, INC. | ) ) | |
| Defendants. | ) | |

Fritz Byers, Esq., hereby enters his appearance as co-counsel of record for the Plaintiff, Universal Tube & Rollform Equipment Corporation.

Request is made that the Clerk note the appearance of counsel and that all future notices and orders be served upon the undersigned, along with other counsel, via the Court's electronic filing system.

Respectfully submitted,

 /s/ Fritz Byers_____
Fritz Byers (# 0002337)
Suite 824
The Spitzer Building
Toledo, OH 43604
419-241-8013
Fax: 419-241-4215
email: fbyers@cisp.com
Co-Counsel for Plaintiff, Universal Tube & Rollform Equipment Corporation

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing Notice of Appearance has been served upon the parties via the Court's electronic filing system, this 14th day of September, 2007: Parties may access this filing through the Court's System.


      /s/ Fritz Byers
      Fritz Byers