# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Universal Tube & Rollform,　　　　　　　　　　Case No.:3:06CV02628

　　　　Plaintiff

　　　　v.　　　　　　　　　　　　　　　　　Scheduling Order

YouTube, Inc.,

　　　　Defendant

　　Status/scheduling conference held September 18, 2007.

　　It is hereby

　　ORDERED THAT parties to file dismissal entry or status reports on or before

　　October 31, 2007.

　　So ordered.

　　　　　　　　　　　　　　　　　　s/James G. Carr
　　　　　　　　　　　　　　　　　　James G. Carr
　　　　　　　　　　　　　　　　　　Chief Judge