IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Universal Tube & Rollform Equipment Corporation, | * * * | Case No. 3:06 CV 2628 |
| Plaintiff, | * * | Honorable James G. Carr |
| -vs- | * * | |
| YouTube, Inc. | * | |
| Defendant. | | |

## PLAINTIFF'S STATUS REPORT

Defendant's counsel has drafted a settlement agreement in an effort to reflect the terms of settlement the parties had discussed. Plaintiff's counsel has responded to that draft, and defendant's counsel in turn has invited plaintiff's counsel to make a substantive proposal on the outstanding points. Plaintiff's counsel intend to do so and are in the process of considering with their client the content of that proposal, which will be timely submitted to defendant's counsel.

Plaintiff's counsel suggests that the Court direct the filing of a dismissal entry or further status report on or before November 14, 2007.

/s/ Fritz Byers
_____
Fritz Byers (0002337)

        824 Spitzer Building
        Toledo, Ohio 43604
        Phone: 419-241-8013
        Fax: 419-241-04215
        E-mail: fbyers@cisp.com

        One of Plaintiff's Attorneys

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing Plaintiff's Status Report has been served upon all counsel of record via the Court's electronic filing system, this 31st day of October, 2007.

    /s/ Fritz Byers