IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Universal Tube & Rollform,                                 Case No. 3:06CV2628

      Plaintiff

   v.                                                          ORDER

YouTube, Inc.,

      Defendant

Status conference was held November 9, 2007. It is hereby

ORDERED THAT:

1. Plaintiff to submit reasonable, good faith settlement offer to defendant not later than November 19, 2007, or show cause why complaint should not be dismissed for want of prosecution, with prejudice;

2. Parties to submit status reports on or before November 30, 2007.

So ordered.

                                s/James G. Carr
                                James G. Carr
                                Chief Judge