IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL TUBE & ROLLFORM EQUIPMENT CORPORATION,<br><br>                        Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>YOUTUBE, INC., CHAD HURLEY, and STEVE CHEN<br><br>                        Defendants and Counterclaim-Plaintiffs. | Case No. 06-2628<br><br>**STIPULATED DISMISSAL**<br><br>Judge:    James G. Carr |

WHEREAS:

Plaintiff and Counterclaim-Defendant Universal Tube & Rollform Equipment Corp. ("Universal") filed its Complaint in this action on October 30, 2006; filed a First Amended Complaint on November 30, 2006; and filed a Second Amended Complaint, which the Court entered on December 27, 2006; and

The Court dismissed Universal's Second, Fourth, Fifth and Sixth Claims for Relief against defendant YouTube, Inc. ("YouTube"), and Universal's Eighth (and only) Claim for Relief against defendants Hurley and Chen, by Order dated June 4, 2007; and

Defendant and Counterclaim-Plaintiff YouTube, Inc. filed its Answer and Counterclaims on June 18, 2007.

IT IS THEREFORE STIPULATED THAT:

1.    Plaintiff and Counterclaim-Defendant Universal stipulates to a dismissal of its

1

remaining (First, Third and Seventh) claims in the above-entitled action, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1); and

2. Defendant and Counterclaim-Plaintiff YouTube stipulates to a dismissal of its counterclaims in the above-entitled action, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

The court shall retain jurisdiction for the limited purpose of enforcing the terms of the Parties' Confidential Settlement Agreement.

**IT IS SO STIPULATED.**

Dated: December /2 , 2007

By: /s/ signature

ANTHONY J. DEGIDIO, JR (#0069064)
RICHARD G. MARTIN (#0043822)
Fraser Clemens Martin & Miller LLC
28366 Kensington Lane
Perrysburg, OH 43551-4163
Telephone: 419/874-1100
Facsimile: 419/874-1130

*Attorneys for Universal Tube & Rollform Equipment Corp.*

Dated: December 17, 2007

By: /s/ signature

HARRY D. CORNETT
Tucker Ellis & West LLP
1150 Huntington Building
925 Euclid Avenue
Cleveland, OH 44115-1475
Telephone: 216/696-2618
Facsimile: 216/592-5009

MICHAEL H. PAGE
MARK A. LEMLEY
MATTHIAS A. KAMBER
Keker & Van Nest, LLP
710 Sansome St.
San Francisco, CA 94111
Telephone: 415/391-5400
Facsimile: 415/397-7188

*Attorneys for Defendants, YouTube, Inc., Chad Hurley, and Steve Chen*

2

## ORDER

The above stipulation having been considered, and good cause appearing therefor,

IT IS SO ORDERED.

Dated:

By: /s/ James G. Carr  12/20/07
    _____
    THE HONORABLE JAMES G. CARR.
    UNITED STATES DISTRICT COURT JUDGE